UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RIVES,<br><br>                                    Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>                                    Defendant. | Case No.:   24-cv-327-AGS-BLM<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

    Currently before the Court is the parties' Joint Motion to Continue Early Neutral Evaluation Conference ("ENE"). ECF No. 6. Plaintiff initiated this action on February 21, 2024 [ECF No. 1], and Defendant answered Plaintiff's complaint on March 14, 2024. ECF No. 3.

    On March 14, 2024, the Court issued a Notice and Order for ENE and Case Management Conference ("CMC") and scheduled the conferences for April 25, 2024 at 1:30 p.m. ECF No. 5. On March 22, 2024, the instant motion ensued wherein the parties request to continue the ENE/CMC to either May 22 or 23, 2024. ECF No. 6. In support of their request, the parties state that "Defendant's representative with full settlement authority to resolve the case is unavailable on April 25, 2024 at 1:30 p.m., due to a pre-existing scheduling conflict, i.e., a mandatory settlement conference in an unrelated matter." Id. at 2. There have been no other requests to continue the ENE. See Docket.

    Good cause appearing, the Court **GRANTS IN PART** the parties' request and resets the

ENE/CMC to **May 6, 2024** at **1:30 p.m.** to be held via videoconference. The parties must submit their confidential settlement statements and participant lists on or before **April 26, 2024** pursuant to this Court's Notice and Order for ENE/CMC. See ECF No. 5. All other deadlines and requirements remain as previously set. Id.

**IT IS SO ORDERED.**

Dated: 3/25/2024

Hon. Barbara L. Major
United States Magistrate Judge